# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KELSEY DRU GLEGHORN, | No. CV 16-8126-CJC (PLA) |
|       Petitioner, | **JUDGMENT** |
|       v. | |
| THE PEOPLE, | |
|       Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: March 7, 2017

                                    HONORABLE CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE